# Court of Appeals
# of the State of Georgia

ATLANTA,    May 10, 2012

*The Court of Appeals hereby passes the following order:*

**A12A1467.  COKER v. THE STATE.**

This appeal was docketed on March 23, 2012, such that appellant Brandon Coker's brief was due on April 12, 2012.  See Rule 23 (a) (appellant's brief must be filed within 20 days of docketing).  As of April 16, however, Coker had neither filed a brief nor asked for an extension of time to do so.  We therefore DISMISS this appeal.  Id. (failure to file a timely brief, "unless extended upon motion for good cause shown, may result in the dismissal of the appeal").

We also instruct Coker as follows:  Your appeal has been DISMISSED because you failed to file a brief and enumeration of errors.  If you have decided you do not want to appeal, you need not do anything more.  However, if you do still want to appeal, you may have the right to an OUT-OF-TIME APPEAL -- but YOU MUST TAKE ACTION to exercise that right by moving for an out-of-time appeal in the trial court.  If your motion for an out-of-time appeal is granted, the trial court should appoint an attorney for you if you want one and cannot pay for one.  If your motion for an out-of-time appeal is denied, you may appeal that denial to this Court within

thirty (30) days of the trial court's decision.  See *Reese v. State*, 216 Ga. App. 773, 775 (456 SE2d 271) (1995).



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,* <u>05/10/2012</u>
        *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*



_____, *Clerk.*